JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CORE HEALTH & FITNESS, LLC, a Nevada limited liability company,

Plaintiff,

v.

TRANSMEDIK SPECIALIZED, INC., a California corporation, et al.,

Defendants.

Case No. 8:24-cv-02481-AB-JDEx

**~~[PROPOSED]~~ ORDER RE STIPULATION TO DISMISS DEFENDANT GUSTAVO PARDO WITHOUT PREJUDICE**

The court has reviewed the following stipulations:

- Dkt. 151 (dismissing Transmedik Specialized, Inc. and Alen Madatyan);
- Dkt. 172 (dismissing Michael Petrielli);
- Dkt. 173 (dismissing The Logistics Guys, Inc., Blueprint Installations, LLC, and Elijah Rodriguez); and
- Dkt. 176 (dismissing Gustavo Pardo).

Pursuant to the parties' stipulations, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff Core Health & Fitness, LLC's claims against Defendants Michael Petrielli, The Logistics Guys, Inc., Blueprint Installations, LLC, Eijah Rodriguez, and Gustavo Pardo are DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own attorneys' fees and costs incurred in connection with the dismissed claims. The court retains jurisdiction for purposes of enforcing the terms of the parties' settlement agreement.

Because these stipulations dispose of all remaining claims against all remaining named Defendants, this action is hereby TERMINATED. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 14, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE